# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| STATE OF KANSAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al., <br><br> Defendants. | Case No. 1:24-cv-00110-LTS-KEM |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF SCHEDULING ORDER, OR, IN THE ALTERNATIVE, CONSENT MOTION FOR BRIEFING SCHEDULE ON PLAINTIFFS' PRELIMINARY INJUNCTION MOTION

Upon consideration of the Defendants' Motion, and for good cause shown, it is hereby:

☐ **ORDERED** that the following schedule shall govern further proceedings in this action:

- **November 8, 2024**: Deadline for Defendants to produce the Administrative Record;

- **November 29, 2024**: Deadline for Plaintiffs to file motion for summary judgment (or refile their motion for preliminary injunction);

- **December 20, 2024**: Deadline for Defendants to file combined cross-motion for summary judgment and response to Plaintiffs' motion;

- **January 10, 2025**: Deadline for Plaintiffs to file combined response to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion; and

- **January 31, 2025**: Deadline for Defendants to file reply in support of their cross-motion for summary judgment.

<u>**Or, in the alternative,**</u>

☐   **ORDERED** that Defendants shall file their response to Plaintiffs' motion for preliminary injunction, ECF No. 30, by **November 21, 2024**, and that Plaintiffs' reply in support of their motion for preliminary injunction shall by filed by **November 27, 2024**.

**IT IS SO ORDERED**.

Dated: October \_\_\_\_\_, 2024

                                          Hon. Leonard T. Strand
                                          United States District Judge