# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al., | |
| Plaintiffs, | No. C24-110-LTS-KEM |
| vs. | |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al., | **ORDER** |
| Defendants. | |

Plaintiffs commenced this action on October 8, 2024, to challenge the legality of the Biden-Harris Administration's Final Rule – Medicare and Medicaid Programs; Minimum Staffing Standards for Long-Term Care Facilities and Medicaid Institutional Payment Transparency Reporting, 89 Fed. Reg. 40876 (May 10, 2024). Doc. 1. On October 22, 2024, plaintiffs filed a motion (Doc. 30) for preliminary injunction and oral argument. On October 28, 2024, defendants filed a motion (Doc. 46) for entry of a scheduling order for expedited summary judgment briefing or, in the alternative, an amended briefing schedule to provide additional time for them to respond to plaintiffs' motion for a preliminary injunction. On October 29, 2024, some of the plaintiffs filed a response (Doc. 49) resisting defendants' request for an expedited summary judgment schedule but consenting to defendants' proposed deadlines concerning the motion for a preliminary injunction.

Defendants' request to proceed directly to summary judgment on an expedited schedule is **denied**. However, defendants' alternative request to extend deadlines concerning the motion for preliminary injunction is granted. Defendants shall file their response to plaintiffs' motion for a preliminary injunction on or before **November 21,**

**2024**. Plaintiffs' may file a reply in support of their motion on or before **November 27, 2024**. A hearing on the motion for preliminary injunction will be set by separate order.

**IT IS SO ORDERED** this 1st day of November, 2024.

_____
Leonard T. Strand
United States District Judge