**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

STATE OF KANSAS, et al.,

               Plaintiffs,

vs.

XAVIER BECERRA, in his official
capacity as Secretary of the United States
Department of Health and Human
Services, et al.,

               Defendants.

No.  C24-110-LTS-KEM

**ORDER**

      The court will hear telephonic oral arguments on plaintiffs' motion (Doc. 30) for preliminary injunction on **Friday, December 6, 2024**, at **3:00 p.m. CST**.  Plaintiffs (collectively) and defendants (collectively) will each have up to 45 minutes to present their arguments (including any rebuttal argument by plaintiffs).

      The hearing will take place using the Court's Zoom.gov audio instructions.  **The parties shall access the hearing by: (1) calling 669-254-5252, (2) enter meeting ID 161 2318 8252 followed by #, (3) enter # for participating ID, and (4) enter passcode 597363 followed by #.**

      **IT IS SO ORDERED** this 1st day of November, 2024.

_____
Leonard T. Strand
United States District Judge