IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al.,<br><br>*Defendants*. | Civil Action No. 1:24-cv-00110 |

**PLAINTIFF'S MOTION TO RESCHEDULE HEARING**

This motion is offered by Plaintiffs to request the Court to reschedule the telephonic hearing it set for Friday, December 6, 2024, at 3:00 p.m. (ECF 59). Lead counsel for Plaintiffs, Abhishek S. Kambli, will be on military leave beginning on the afternoon of December 6 and will be unavailable to attend the hearing.

Plaintiffs accordingly ask the Court to reschedule the hearing for either December 4 or December 5, 2024. Plaintiffs have conferred with opposing counsel, pursuant to L.R. 7(k); Defendants have indicated they do not oppose Plaintiff's request.

Respectfully submitted, this 7th day of November, 2024,

KRIS W. KOBACH
Attorney General of Kansas

*/s/ James Rodriguez*
James Rodriguez, Kan. SC No. 29172, *pro hac vice*
*Assistant Attorney General*
KANSAS OFFICE OF THE
 ATTORNEY GENERAL
Topeka, Kansas 66612-1597
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

1

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of November, 2024, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James Rodriguez*
James Rodriguez
*Counsel for Plaintiff State of Kansas*
