# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al., | |
| Plaintiffs, | No. C24-110-LTS-KEM |
| vs. | **ORDER** |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al., | |
| Defendants. | |

Plaintiffs' motion (Doc. 60) to reschedule hearing is **granted**. The telephonic oral arguments on plaintiffs' motion (Doc. 30) for preliminary injunction set for Friday, December 6, 2024, at 3:00 p.m. is **rescheduled** for **December 5, 2024, at 9:00 a.m. CST**.

The hearing will take place using the Court's Zoom.gov audio instructions. **The parties shall access the hearing by: (1) calling 669-254-5252, (2) enter meeting ID 161 2318 8252 followed by #, (3) enter # for participating ID, and (4) enter passcode 597363 followed by #.**

**IT IS SO ORDERED** this 7th day of November, 2024.

_____
Leonard T. Strand
United States District Judge