# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al., | |
| Plaintiffs, | No. C24-110-LTS-KEM |
| vs. | **ORDER** |
| XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, et al., | |
| Defendants. | |

For the reasons stated in my prior order (Doc. 95), the plaintiffs' motion (Doc. 102) for preliminary injunction pending appeal is **denied**.

**IT IS SO ORDERED** this 21st day of January, 2025.

_____
Leonard T. Strand
United States District Judge