| | |
|---|---|
| STATE OF KANSAS, et al., *Plaintiffs*, v. XAVIER BECERRA, et al., *Defendants*. | Civil Action No. 1:24-cv-00110 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiffs move for an Order granting summary judgment in their favor. An attached memorandum in support of this motion, as well as the exhibits attached thereto, explains this more fully.

Respectfully submitted, this 3rd day of March, 2025,

KRIS W. KOBACH
**Attorney General of Kansas**

*/s/ James R. Rodriguez*
James R. Rodriguez, Kan. SC No. 29172*
*Assistant Attorney General*
Kansas Office of the Attorney General
120 SW 10th Ave, 2d Fl.
Topeka, Kansas 66612-1597
Phone: (785) 368-8197
Email: jay.rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

BRENNA BIRD
**Attorney General of Iowa**

*/s/ Eric H. Wessan*
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Phone: (515) 823-9117
Email: Eric.Wessan@ag.iowa.gov
*Counsel for the State of Iowa*

ALAN WILSON
**Attorney General of South Carolina**

*/s/ Joseph D. Spate*
Joseph D. Spate*
*Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, South Carolina 29201
Phone: (803) 734-3371
Email: josephspate@scag.gov
*Counsel for the State of South Carolina*

1

| | |
|---|---|
| **STEVE MARSHALL**<br>Alabama Attorney General<br><br>*/s/ Edmund G. LaCour Jr.*<br>Edmund G. LaCour Jr.\*<br>*Solicitor General*<br>Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Phone: (334) 242-7300<br>Email: Edmund.LaCour@alabamaag.gov<br>*Counsel for the State of Alabama* | **TREG TAYLOR**<br>Attorney General of Alaska<br><br>Cori M. Mills<br>*Deputy Attorney General of Alaska*<br>*/s/ Laura O. Russell*<br>Laura O. Russell\*<br>Alaska Bar No. 1311106<br>*Assistant Attorney General*<br>Alaska Department of Law<br>1031 West 4th Avenue, Suite 200<br>Anchorage, Alaska 99501-1994<br>Phone: (907) 269-5100<br>Email: laura.russell@alaska.gov<br>*Counsel for the State of Alaska* |
| **TIM GRIFFIN**<br>Arkansas Attorney General<br><br>*/s/ Dylan L. Jacobs*<br>Dylan L. Jacobs\*<br>*Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>Phone: (501) 682-2007<br>Email: Dylan.Jacobs@arkansasag.gov<br>*Counsel for the State of Arkansas* | **ASHLEY MOODY**<br>Florida Attorney General<br><br>*/s/ Caleb Stephens*<br>Caleb Stephens\*<br>*Assistant Solicitor General*<br>Allen Huang<br>*Deputy Solicitor General*<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>Phone: (850) 414-3300<br>Email: Caleb.Stephens@myfloridalegal.com<br>Allen.Huang@myfloridalegal.com<br>*Counsel for the State of Florida* |
| **CHRISTOPHER M. CARR**<br>Attorney General of Georgia<br><br>*/s/ Stephen J. Petrany*<br>Stephen J. Petrany\*<br>*Solicitor General*<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334<br>Phone: (404) 458-3408<br>Email: spetrany@law.ga.gov<br>*Counsel for the State of Georgia* | **RAÚL R. LABRADOR**<br>Attorney General of Idaho<br><br>*/s/ Nathan S. Downey*<br>Nathan S. Downey\*<br>*David H. Leroy Fellow*<br>Office of the Attorney General<br>PO Box 83720<br>Boise, Idaho 83720<br>Phone: (208) 334-2400<br>Email: Nathan.Downey@ag.idaho.gov<br>*Counsel for the State of Idaho* |

| | |
|---|---|
| THEODORE E. ROKITA<br>Attorney General of Indiana<br><br>/s/ James A. Barta<br>James A. Barta*<br>*Solicitor General*<br>Indiana Attorney General's Office<br>IGCS – 5th Floor<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>Phone: (317) 232-0709<br>Email: james.barta@atg.in.gov<br>*Counsel for the State of Indiana* | RUSSELL COLEMAN<br>Attorney General of Kentucky<br><br>/s/ Aaron J. Silletto<br>Aaron J. Silletto*<br>Victor B. Maddox*<br>Jeremy J. Sylvester<br>Zachary M. Zimmerer<br>Kentucky Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Phone: (502) 696-5300<br>Email: Victor.Maddox@ky.gov<br>Aaron.Silletto@ky.gov<br>Jeremy.Sylvester@ky.gov<br>Zachary.Zimmerer@ky.gov<br>*Counsel for the Commonwealth of Kentucky* |
| ANDREW BAILEY<br>Attorney General of Missouri<br><br>/s/ Victoria S. Lowell<br>Victoria S. Lowell,* 76461 MO<br>*Assistant Attorney General*<br>Office of the Missouri Attorney General<br>Missouri Attorney General's Office<br>815 Olive Street, Suite 200<br>St. Louis, Missouri 63101<br>Phone: (314) 340-4792<br>Email: Victoria.lowell@ago.mo.gov<br>*Counsel for the State of Missouri* | AUSTIN KNUDSEN<br>Attorney General of Montana<br><br>/s/ Peter M. Torstensen, Jr.<br>Peter M. Torstensen, Jr.*<br>*Deputy Solicitor General*<br>Montana Department of Justice<br>215 North Sanders<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>Phone: (406) 444.2026<br>Email: peter.torstensen@mt.gov<br>*Counsel for the State of Montana* |

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Zachary B. Pohlman
Zachary B. Pohlman*
*Assistant Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
Phone: (402) 471-2682
Email: Zachary.Pohlman@Nebraska.gov
*Counsel for the State of Nebraska*

DREW H. WRIGLEY
North Dakota Attorney General

/s/ Philip Axt
Philip Axt*
*Solicitor General*
Office of Attorney General
600 E. Boulevard Ave Dept. 125
Bismarck, North Dakota 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov
*Counsel for the State of North Dakota*

SEAN D. REYES
Attorney General of Utah

/s/ Stephanie M. Saperstein
Stephanie M. Saperstein*
*Assistant Attorney General*
Office of Utah Attorney General
195 North 1950 West
Salt Lake City, Utah 84116
Phone: (801) 680-7690
Email: stephaniesaperstein@agutah.gov
*Counsel for Plaintiff State of Utah*

GENTNER DRUMMOND
Attorney General of Oklahoma

/s/ Garry M. Gaskins
Garry M. Gaskins, II, OBA # 20212*
*Solicitor General*
Office of Attorney General
State of Oklahoma
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
*Counsel for the State of Oklahoma*

MARTY J. JACKLEY
Attorney General of South Dakota

/s/ Megan Borchert
Megan Borchert*
*Assistant Attorney General*
Office of the Attorney General
State of South Dakota
1302 E. Hwy. 14, Suite #1
Pierre, South Dakota 57501
Phone: (605) 773-3215
Email: Megan.Borchert@state.sd.us
*Counsel for the State of South Dakota*

JASON S. MIYARES
Attorney General of Virginia

/s/ Kevin M. Gallagher
Kevin M. Gallagher*
*Principal Deputy Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
*Counsel for the Commonwealth of Virginia*

4

PATRICK MORRISEY
Attorney General of West Virginia

/s/ Michael R. Williams  
Michael R. Williams*  
*Solicitor General*  
Office of the Attorney General of  
 West Virginia  
State Capitol Complex  
Building 1, Room E-26  
Charleston, WV 25301  
Phone: (304) 558-2021  
Email: michael.r.williams@wvago.gov  
*Counsel for Plaintiff State  
of West Virginia*

/s/ Anna St. John  
Anna St. John*  
Hamilton Lincoln Law Institute  
1629 K St. NW Suite 300  
Washington, DC 20006  
(917) 327-2392  
anna.stjohn@hlli.org  
 *Counsel for Plaintiffs LeadingAge Kansas, LeadingAge South Carolina, LeadingAge Iowa, LeadingAge Colorado, LeadingAge Maryland, LeadingAge Michigan, LeadingAge Minnesota, LeadingAge Missouri, LeadingAge Nebraska, LeadingAge New Jersey/Delaware, LeadingAge Ohio, LeadingAge Oklahoma, LeadingAge PA, South Dakota Association Of Healthcare Organizations, LeadingAge Southeast, LeadingAge Tennessee, LeadingAge Virginia, Dooley Center, Wesley Towers*

*\*Pro Hac Vice*

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of March, 2025, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ James R. Rodriguez*
James R. Rodriguez
*Counsel for Plaintiff State of Kansas*
