# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| State of Kansas, et al <br> *Plaintiffs* <br> v. <br> Robert F. Kennedy, Jr., et al <br> *Defendants* | Civil Action No. 1:24-cv-110-LTS-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment is entered in accordance with the order filed on June 18, 2025 (doc. 160).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Leonard T. Strand on a motion for summary judgment and motion for judgment on the administrative record.

Date: June 18, 2025

*PAUL DE YOUNG, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*