**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 25-2643

---

State of Kansas; State of South Carolina; State of Iowa; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Indiana; Commonwealth of Kentucky; State of Missouri; State of Montana; State of Nebraska; State of Oklahoma; State of North Dakota; State of South Dakota; State of Utah; Commonwealth of Virginia; State of West Virginia; Leadingage Kansas; Leadingage South Carolina; Leadingage Iowa; Leadingage Colorado; Leadingage Maryland; Leadingage Michigan; Leadingage Minnesota; Leadingage Missouri; Leadingage Nebraska; Leadingage New Jersey/Delaware; Leadingage Ohio; Leadingage Oklahoma; Leadingage PA; South Dakota Association of Healthcare Organizations; Leadingage Southeast; Leadingage Tennessee; Leadingage Virginia; Dooley Center; Wesley Towers; State of Idaho; State of Georgia

Plaintiffs - Appellees

v.

Robert F. Kennedy, Jr., In his official capacity as Secretary of the United States Department of Health and Human Services; Department of Health and Human Services; Centers for Medicare & Medicaid Services; Mehmet Oz, In his official capacity of Administrator of the Centers for Medicare and Medicaid Services

Defendants - Appellants

---

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:24-cv-00110-LTS)

---

**JUDGMENT**

Appellants' motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 03, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler